No. 74–5760.   Ellifrits v. United States Board of Parole et al.   C. A. 10th Cir.   Certiorari denied.

No. 74–5767.   Glumb v. Doggett, Warden.   C. A. 6th Cir.   Certiorari denied.

No. 74–5769.   Jimenez v. United States.   C. A. 5th Cir.   Certiorari denied.

No. 74–5774.   Jackson v. McCune, Warden.   C. A. 10th Cir.   Certiorari denied.

No. 74–5775.   Lueder v. United States.   C. A. 9th Cir.   Certiorari denied.

No. 74–5778.   Gocke v. United States.   C. A. 8th Cir.   Certiorari denied.

No. 74–5781.   Kowalski v. United States.   C. A. 7th Cir.   Certiorari denied.

No. 74–5782.   Little et al. v. United States.   C. A. 2d Cir.   Certiorari denied.

No. 74–5791.   Wilcox v. United States.   C. A. 4th Cir.   Certiorari denied.

No. 74–5794.   McGrady v. United States.   C. A. 8th Cir.   Certiorari denied.

No. 74–5798.   McGann v. United States.   C. A. 2d Cir.   Certiorari denied.

No. 74–5826.   Oxidean v. United States.   C. A. 9th Cir.   Certiorari denied.

No. 74–5837.   Steen v. United States.   C. A. 6th Cir.   Certiorari denied.